UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TOM FORD and CHARLES DUNHAM**
**Individually and d/b/a FORD/DUNHAM**
**SUBDIVISION**                                                                    **PLAINTIFFS**

**Vs**                           **CASE NO. 3:08CV00006 BSM**

**CITY OF HARRISBURG, ARKANSAS,**
**DONNIE "BUZZY" FAULKNER, Individually and**
**As Mayor for the CITY OF HARRISBURG**                       **DEFENDANTS**

## ORDER

Pending before the court is plaintiffs' motion to dismiss this action with prejudice ((Doc. #12) stating that the parties have settled their dispute and have executed all necessary documentation to effectuate that settlement.

IT IS THEREFORE ORDERED that the motion be, and is hereby granted, and action is dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 15th day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE